UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE L. MCCOY,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, USP ATWATER,<br><br>        Respondent. | No.  1:24-cv-00121-JLT-SKO (HC)<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR JUDICIAL NOTICE**<br><br>**[Doc. 25]** |

Petitioner is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 13, 2024, Petitioner filed a request for judicial notice. (Doc. 25.)  Petitioner is advised that judgment was entered on April 17, 2024, and the case was terminated. (Doc. 23.) Petitioner's request is hereby DENIED as moot. No future filings will be accepted in this case.

IT IS SO ORDERED.

Dated:   **May 15, 2024**                                       /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE

1